Paul J. Bauer #202752
Tracy E. Blair #199107
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:  pbauer@W2LG.com
            tblair@W2LG.com

Attorneys for Plaintiff Silvia Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA LOPEZ,<br><br>         Plaintiff,<br><br>   v.<br><br>GENEVIEVE SHIROMA, an individual; CATHRYN RIVERA-HERNANDEZ, an individual; J. ANTONIO BARBOSA, an individual; SILAS SHAWVER, an individual; and DOES 1 – 20,<br><br>         Defendants. | CASE NO.  1:14-CV-00236-LJO-GSA<br><br>**STIPULATION AND ORDER TO RESCHEDULE MOTION TO DISMISS AND EXTEND DEADLINE TO FILE ANTI-SLAPP MOTION** |

Pursuant to Civil Local Rules 143 and 144, Plaintiff Silvia Lopez ("Plaintiff") and Defendants Genevieve Shiroma, Cathryn Rivera-Hernandez, J. Antonio Barbosa, and Silas Shawver ("Defendants") (collectively, the "Parties") stipulate and agree, by and through their respective Counsel, and hereby request this Court reschedule Defendants' Motion to Dismiss, and extend the deadline to file any anti-SLAPP motion, as follows:

**RECITALS**

1. On February 21, 2014, Plaintiff filed a Complaint for Declaratory Relief and Damages for Violation of Due Process under the Fourteenth Amendment and Right of Association under the First Amendment against Defendants (the "Complaint").  Defendants' response to the Complainant was due on or about March 14, 2014.

///

2.      Prior to Defendants' response being due, Counsel for Defendants requested an extension to respond to the Complaint, which was agreed to by Counsel for Plaintiff.  On April 21, 2014, after obtaining an extension to file a responsive pleading to the Complaint under Civil Local Rule 144(a), Defendants filed a Motion to Dismiss.

3.      Under the current briefing schedule for the Motion to Dismiss: (1) Plaintiff's Opposition Brief is due on or before May 7, 2014; (2) Defendants' Reply Brief is due on or before May 14, 2014; and (3) the hearing regarding the Motion to Dismiss is scheduled to commence on May 21, 2014.

4.      The Parties stipulate and agree to reschedule the Motion to Dismiss hearing as follows: (1) Plaintiff will file her Opposition Brief on or before May 23, 2014; (2) Defendants will file their Reply Brief on or before June 9, 2014; and (3) the hearing regarding the Motion to Dismiss will be held on June 16, 2014, or the first available date thereafter.  Good cause exists to reschedule the Motion to Dismiss because it is broad in scope and is regarding complex issues.  It is in the best interests of the Parties and of this Court, is in the interest of fairness, and would promote judicial economy, to allow the Parties adequate time to respond to the issues raised by the Motion to Dismiss.

5.      Furthermore, Defendants are evaluating the merit of a motion under California Code Civil Procedure § 425.16 ("anti-SLAPP motion").  *See United States ex rel. Newsham v. Lockheed Missiles & Space Co.*, 190 F.3d 963, 973 (9th Cir. 1999) (explaining that the anti-SLAPP statute applies in federal court).  The Parties agree, however, that it is in the best interests of the Parties and of this Court, and would promote judicial economy, to allow the Parties to resolve the issues raised by the Motion to Dismiss before any anti-SLAPP motion is filed.  Therefore, the Parties stipulate and agree that the deadline to file any anti-SLAPP motion should be stayed pending resolution of the Motion to Dismiss.  *See* Cal. Code Civ. Proc. § 425.16(f) (the Court may, in its discretion, reschedule the deadline for an anti-SLAPP motion "upon terms it deems proper").  Within seven (7) calendar days of entry of the Court's order deciding the Motion to Dismiss, the Parties will meet and confer and submit a proposed schedule to the Court for the briefing and hearing of any anti-SLAPP motion.

**STIPULATION**

6. Therefore, the Parties respectfully stipulate and request that this Court reschedule the Motion to Dismiss as follows:  (1) Plaintiff's Opposition Brief is due on or before May 23, 2014; (2) Defendants Reply Brief is due on or before June 9, 2014; and (3) the hearing regarding the Motion to Dismiss will be held on June 16, 2014, or the first available date thereafter.

7. Furthermore, the Parties respectfully stipulate and request that this Court stay the deadline by which to file any anti-SLAPP motion pending resolution of the Motion to Dismiss. Within seven (7) calendar days of entry of the Court's order deciding the Motion to Dismiss, the Parties will meet and confer and submit a proposed schedule to the Court for the briefing and hearing of any anti-SLAPP motion.

8. Furthermore, the Parties respectfully stipulate and request that this Court vacate the joint scheduling conference currently scheduled before Magistrate Judge Gary S. Austin on May 22, 2014, and order the conference be held within 60 days after the Court's ruling on the Motion to Dismiss is filed.  Any meet and confer requirements thereto and statements required to be submitted to this Court shall be scheduled from the new joint scheduling conference date.

Dated:  May 2, 2014                                         WALTER & WILHELM LAW GROUP,
                                                                              a Professional Corporation


                                                                              /s/ Paul J. Bauer, Esq.
                                                                              Paul J. Bauer
                                                                              Attorneys for Plaintiff


                                                                              ATTORNEY GENERAL OF CALIFORNIA


Dated:  May 2, 2014                                         /s/ Aaron Jones
                                                                              Aaron Jones
                                                                              Attorneys for Defendants

STIPULATION AND ORDER TO RESCHEDULE MOTION TO DISMISS
AND EXTEND DEADLINE TO FILE ANTI-SLAPP MOTION

**ORDER**

Based on the Parties' Stipulation to Reschedule Motion to Dismiss and Extend Deadline to File an Anti-SLAPP Motion, and good cause appearing therefore,

IT IS HEREBY ORERED that:

The briefing schedule regarding Defendants' Motion to Dismiss shall be as follows:

1. Plaintiff's Opposition Brief is due on or before May 23, 2014.

2. Defendants' Reply Brief is due on or before June 9, 2014.

3. The hearing regarding the Motion to Dismiss will be held on June 16, 2014, at 8:30 a.m., or the first available date thereafter.

IT IS FURTHER ORDERED THAT:

The deadline to file any anti-SLAPP motion is hereby stayed pending resolution of the Motion to Dismiss.  Within seven (7) calendar days after entry of the Court's order deciding the Motion to Dismiss, the Parties shall meet and confer and submit a proposed schedule to the Court for the briefing and hearing of any anti-SLAPP motion.

IT IS FURTHER ORDERED THAT:

The joint scheduling conference currently scheduled before Magistrate Judge Gary S. Austin on May 22, 2014, is hereby continued, and will now be held on August 20, 2014, at 10:00 a.m.  Any meet and confer requirements thereto and statements required to be submitted to this Court shall be scheduled from the new joint scheduling conference date.

IT IS SO ORDERED.

Dated:   **May 5, 2014**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE