Paul J. Bauer #202752
Tracy E. Blair #199107
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  pbauer@W2LG.com
         tblair@W2LG.com

Attorneys for Plaintiff Silvia Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GENEVIEVE SHIROMA, an individual; CATHRYN RIVERA-HERNANDEZ, an individual; J. ANTONIO BARBOSA, an individual; SILAS SHAWVER, an individual; and DOES 1 – 20,<br><br>    Defendants. | CASE NO.  1:14-CV-00236-LJO-GSA<br><br>**STIPULATION AND ORDER TO VACATE MANDATORY SCHEDULING CONFERENCE AND OTHER DEADLINES** |

Pursuant to Civil Local Rules 143 and 144, Plaintiff Silvia Lopez ("Plaintiff") and Defendants Genevieve Shiroma, Cathryn Rivera-Hernandez, J. Antonio Barbosa, and Silas Shawver ("Defendants") (collectively, the "Parties") stipulate and agree, by and through their respective Counsel, and hereby request this Court vacate the date of the Mandatory Scheduling Conference presently scheduled on August 20, 2014, at 10:00 a.m., in Courtroom 10 of the above-entitled Court, and stay other deadlines in this case as set forth below.

**RECITALS**

1.   On February 21, 2014, Plaintiff filed a Complaint for Declaratory Relief and Damages for Violation of Due Process under the Fourteenth Amendment and Right of Association under the First Amendment against Defendants (the "Complaint").

2.   Prior to Defendants' response being due, Counsel for Defendants requested an

extension to respond to the Complaint under Civil Local Rule 144(a), which was agreed to by Counsel for Plaintiff.  On April 21, 2014, Defendants filed a Motion to Dismiss.

3. On May 2, 2014, the Parties submitted a stipulation proposing a briefing schedule for the Motion to Dismiss, which the Court approved.  (DOC. 14.)  The stipulated order also stayed the deadline by which Defendants must file any motion under California's anti-SLAPP statute pending the Court's ruling on the motion to dismiss.

4. On July 24, 2014, the Court issued its Memorandum Decision and Order Re Defendants' Motion to Dismiss (DOC. 12) ("Order").  (DOC. 20.)  In summary, the Order granted in part and denied in part Defendants' Motion to Dismiss and, additionally, granted Plaintiff leave to amend all causes of action in Plaintiff's complaint.

5. The Parties have met and conferred following the issuance of the Order, and have discussed Plaintiff's intent to amend the Complaint and Defendant's intent to appeal the Order, including the Court's decision denying Defendants' claim of official immunity.

6. Under the current schedule, the Mandatory Scheduling Conference ("Scheduling Conference") is set for August 20, 2014.  A Joint Scheduling Report is due to the Court on August 13, 2014, which is also Plaintiff's deadline to file any amended complaint pursuant to the Order.  Defendants' deadline to file any appeal of the Order is August 25, 2014.  Defendants provide that the filing of a proper, non-frivolous appeal of an order denying official immunity automatically divests the District Court of jurisdiction over the proceedings pending the appeal. *See Mitchell v. Forsyth*, 472 U.S. 511 (1985); *Chuman v. Wright*, 960 F.2d 104 (9th Cir. 1992).

7. Therefore, in fairness to the Parties and to promote judicial economy, the Parties stipulate and agree as follows:  (1) the Scheduling Conference currently set for August 20, 2014, as well as any meet and confer requirements and statements required to be submitted to this Court related thereto, should be vacated; (2) the proceedings before this Court, including Plaintiff's deadline to file any amended complaint and Defendants' deadline to file any anti-SLAPP motion, should be stayed pending the appeal; and (3) within 30 days after any direct appeal of the Order has been exhausted or the time for bringing an appeal has expired, the Parties shall meet and confer regarding the schedule in this case and jointly submit a proposed

1  Scheduling Order to the Court.

2      8.    It is in the best interests of the Parties and of this Court, and would promote
3  judicial economy, to reschedule the Scheduling Conference to a time after the status of the
4  pleadings in this case, including any amended complaint and appeal, is resolved.  It would be
5  premature to attempt discuss settlement of the action, trial dates, and other significant matters
6  related to these proceedings at the presently set Scheduling Conference.

7  **<u>STIPULATION</u>**

8  Therefore, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

9      9.    That the Mandatory Scheduling Conference currently scheduled for August 20,
10 2014, and any meet and confer requirements and statements required to be submitted to this
11 Court related thereto, are hereby vacated.

12     10.    That the proceedings before this Court, including Plaintiff's deadline to file any
13 amended complaint and Defendants' deadline to file any anti-SLAPP motion, are hereby stayed
14 pending any appeal of the Order.  The Parties shall, within 30 days after any direct appeal of the
15 Order has been exhausted or the time for bringing an appeal has expired, meet and confer
16 regarding the schedule in this case and jointly propose a Scheduling Order to this Court.

17 Dated:  August 6, 2014        WALTER & WILHELM LAW GROUP,
                                                a Professional Corporation
18
19                                                 /s/ Paul J. Bauer, Esq.
20                                                 Paul J. Bauer
                                                Attorneys for Plaintiff
21
22                                                 ATTORNEY GENERAL OF CALIFORNIA

23 Dated:  August 6, 2014        /s/ Aaron Jones
24                                                 Aaron Jones
                                                Attorneys for Defendants
25 ///
26 ///
27 ///
28

## **ORDER**

The Court has reviewed the above agreement and adopts the stipulation.

IT IS SO ORDERED.

Dated: __August 7, 2014__             _____/s/ Gary S. Austin__
                                                                 UNITED STATES MAGISTRATE JUDGE