KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CONSTANCE L. LELOUIS, State Bar No. 148821
Supervising Deputy Attorney General
AARON JONES, State Bar No. 248246
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5868
 Fax:  (415) 703-1234
 E-mail:  Aaron.Jones@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SILVIA LOPEZ,** | 1:14-cv-00236-LJO-GSA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **GENEVIEVE SHIROMA, an individual; CATHRYN RIVERA-HERNANDEZ, an individual; J. ANTONIO BARBOSA, an individual; SILAS SHAWVER, an individual; and DOES 1 - 20,** | Courtroom: Four<br>Judge: The Hon. Lawrence J. O'Neill<br>Trial Date: None Set<br>Action Filed: February 21, 2014 |
| Defendants. | |

1         On September 14, 2016, the U.S. Court of Appeal for the Ninth Circuit entered its judgment via Memorandum disposition on the appeal of defendants Genevieve Shiroma, Cathryn Rivera-Hernandez, J. Antonio Barbosa, and Silas Shawver ("Defendants") granting qualified official immunity to Defendants and denying the request for leave to amend of plaintiff Silvia Lopez ("Plaintiff") (together with Defendants, the "Parties").  (Dkt. 46.)  The Mandate issued on October 7, 2016.  (Dkt. 48.)  The Complaint's Second Cause of Action is dismissed by stipulation of the parties filed concurrently herewith and the Court's order thereon.  Therefore, and pursuant to the stipulation of the Parties, **FINAL JUDGMENT** is hereby entered in favor of all Defendants and against Plaintiff on the First and Third Causes of Action set forth in Plaintiff's Complaint in their entirety and those causes of action are dismissed with prejudice.  Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby finds that there is no just reason to delay of entry of final judgment on the Complaint's First and Third Causes of Action, which, with dismissal of the Second Cause of Action, fully resolve this case.

The **CLERK SHALL CLOSE THE FILE**.

IT IS SO ORDERED.

Dated:   **October 24, 2016**             /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE